UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Genova Burns LLC
494 Broad Street
Newark, New Jersey 07102
(973) 533-0777
(973) 533-1112 Facsimile
Jennifer Borek, Esq.
(jborek@genovaburns.com)
Michael C. McQueeny, Esq.
(mmcqueeny@genovaburns.com)
Counsel to Petitioning Creditors

In Re:

Gator Communications Group, LLC

Case No.: 17-15733-VFP
Chapter: 7
Adv. No.: _____
Hearing Date: _____
Judge: Hon. Pappalia, U.S.B.

## CERTIFICATION OF SERVICE

1. I, __Michael C. McQueeny, Esq.__ :

   ☒ represent __the Petitioning Creditors__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __April 28, 2017__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order for Relief and Notice of Entry

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __4/28/2017__                    /s/Michael C. McQueeny
                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Gator Communications Group LLC<br>175 US Highway 46<br>Fairfield, New Jersey 07004 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Trustee<br>Office of the United States Trustee<br>1085 Raymond Blvd.<br>One Newark Center<br>Suite 2100<br>Newark, New Jersey 07102 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey<br>Division of Employer Accts.<br>P.O. Box 379<br>Trenton, New Jersey 08625 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Attorney<br>970 Broad Street<br>Room 502<br>Rodino Federal Bldg.<br>Newark, New Jersey 07102 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stericycle Environmental Solutions<br>5151 San Felipe, Suite 1000<br>Houston, Texas 77065 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*