| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ❑ represent the _____ in the above-captioned matter.

    ❑ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ❑ am the _____ in the above case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: _____      _____
                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |

**Charles M. Forman, Trustee**
One Riverfront Plaza
1037 Raymond Blvd., Suite 16th Floor
Newark, NJ 07102

Brilliant Graphics
400 Eagleview Blvd
Exton, PA 19341

Pertech Corporation
140 Grand Street
Carlstadt, NJ 07072

Gator Communications Group, LLC
Chuck Stuto
PO Box 4148
Clifton, NJ 07012

Canon Business
15004 Collection Center Drive
Chicago, IL 60693

Ping Network Services
41 Watchung Plaza, Ste. 333
Montclair, NJ 07042

21st Century Finishing
280 North Midland Avenue,
Bldg M
Saddle Brook, NJ 07663

Canon Financial Services
158 Gaither Drive, Ste. 200
Mount Laurel, NJ 08054

Pitney Bowes
PO Box 371896
Pittsburgh, PA 15250-7896

2XL Imaging
701 Lehigh Avenue
Union, NJ 07083

Charles Stuto
407 Terhune Drive
Wayne, NJ 07470

PSE&G
P.O. Box 14444
New Brunswick, NJ 08906-4444

All Custodian Service Co, Inc.
PO Box 585
East Hanover, NJ 07936

New York Dept of Finance
PO Box 29021
New York, NY 11202

Ramon Belliard
240 20th Avenue, Apt. 1
Paterson, NJ 07501

All Print Resources
256 Sheffield St.
Mountainside, NJ 07082

Newtek Small Business Finance, LLC
1981 Marcus Avenue, Ste. 130
Lake Success, NY 11042

Richard Bitetti
162 Brookside Ave.
River Vale, NJ 07675

American Express
Attn: Merchant Services
200 Vesey St.
New York, NY 10285

Orbit Electrical Svcs.
250 Union Ave.
Moonachie, NJ 07074

Richards & Robbins
20 Community Place
Morristown, NJ 07960

Anthony Padula
14 Dogwood Lane
Boonton, NJ 07005

Oscar Lemos
313 Marcella Road
Parsippany, NJ 07054

Rosmini Graphic Supply
1375 Bangor Street
Copiague, NY 11726

Area 23/Indivior
622 Third Avenue, 17th Floor
New York, NY 10017

Paetec Communications
One Paetec Plaza
600 Willowbrook Office Park
Fairport, NY 14450

RRMAC 155 & 175 Fairfeild Assoc.
c/o Mandelbaum & Salsburg, PC
3 Becker Farm Road, Ste. 105
Roseland, NJ 07068

Bertha Rodriguez
193 Kingston Road, Apt. B
Parsippany, NJ 07054

Peck's Office Plus
754 Jamaica Ave.
Brooklyn, NY 11208

Cito USA, Inc.
481 Roxbury Road Route 67
Southbury, CT 06488

| | | |
|---|---|---|
| Comcast Cablevision<br>PO Box 840<br>Newark, NJ 07101 | Esko<br>33066 Collection Center Drive<br>Chicago, IL 60693 | State of New Jersey<br>Div. of Employer Accts.<br>PO Box 379<br>Trenton, NJ 08625-0379 |
| County Welding Supply<br>PO Box 518<br>Wharton, NJ 07885 | Extreme Digital Graphics<br>7 Kingsbridge Road, ste. 1<br>Fairfield, NJ 07004 | Stericycle Environmental Solutions<br>dba Steicycle Specialty Waste<br>5151 San Felipe Ste 1000<br>Houston, TX 77056 |
| Creative Laminating<br>179 Commerce Road<br>Carlstadt, NJ 07072 | Exxon Mobil<br>Processing Center<br>PO Box 688938<br>Des Moines, IA 50368 | Stericycle, Inc.<br>PO Box 6582<br>Carol Stream, IL 60197 |
| Custom Index<br>8 Vreeland Ave<br>Totowa, NJ 07512 | EZ Hi Tech International<br>1140 Route 22<br>Mountainside, NJ 07092 | Target Master Graphics<br>2 Thomsen Court<br>Stony Point, NY 10980 |
| Cut Size Paper & Envelope<br>125 Clinton Road, Unit 3<br>Fairfield, NJ 07004 | Rule One<br>68 East Centre Street<br>Nutley, NJ 07110 | Taylor Sztainer, Esq.<br>Moss & Barnett<br>150 South 5th Street, Ste. 1200<br>Minneapolis, MN 55402 |
| Dennis Savary<br>175 Locus Drive<br>Cranford, NJ 07016 | SAS Graphic Supply<br>Attn: Steve S.<br>701 Lehigh Ave.<br>Union, NJ 07083 | Thomson Reuters<br>Accounts Payable<br>PO Box 982168<br>El Paso, TX 79998-2168 |
| Diversified Display<br>777 Ramsey Ave.<br>Hillside, NJ 07205 | Sixth Boro Graphic Supply<br>930 Newark Avenue<br>Jersey City, NJ 07306 | Traffic Consulting Services<br>c/o Enoble Payment Services<br>PO Box 1752<br>Memphis, TN 38101 |
| DJM Consulting<br>PO Box 29<br>Hillsdale, NJ 07642 | Spiral Binding Company<br>One Maltese Drive<br>Totowa, NJ 07511 | Tri-State Mailing Equip<br>120 South Columbus Ave.<br>Mount Vernon, NY 10550 |
| Eastman Kodak Company<br>PO Box 640350<br>Pittsburgh, PA 15264 | Sports Illustrated<br>3000 University Center Drive<br>Tampa, FL 33612 | FedEx<br>PO Box 371461<br>Pittsburgh, PA 15250 |
| Equipment Solutions Corp<br>622 Route 10, Unit 20<br>Whippany, NJ 07981 | Star-Litho<br>35 Dalewood Road<br>West Caldwell, NJ 07006 | Financial Pacific Leasing Inc.<br>3455 S. 344th Way #300<br>Federal Way, WA 98001-9546 |

| | | |
|---|---|---|
| Flight Transportation Systems<br>PO Box 1132<br>Clifton, NJ 07014 | Ingersall Rand<br>attn Paul Kolesar<br>800 E Beaty St<br>Davidson NC 28036 | WB Mason<br>535 Secaucus Road<br>Secaucus, NJ 07094 |
| Future Graphics<br>120 E. Main Street, Ste. 111<br>Ramsey, NJ 07446 | Ingersoll-Rand Company<br>15768 Collections Center Dr.<br>Chicago, IL 60693 | Wells Fargo Vendor Financial Services<br>Konica Minolta Premier Finance<br>1010 Thomas Edison Blvd, SW<br>Cedar Rapids, IA 52404-8247 |
| G&K Services<br>PO Box 842385<br>Boston, MA 02284-2385 | Island Office & Business Products<br>31 Windwor Place<br>Central Islip, NY 11722 | Janet Romano, Esq.<br>Romano & Romano, Esqs.<br>573 Bloomfield Avenue<br>Verona, NJ 07044 |
| G&R Graphics<br>303 Irvington Ave.<br>South Orange, NJ 07079 | TriState Dunbar Knife Grinding<br>3 South Gold Drive<br>Trenton, NJ 08691 | Jersey Direct Mail<br>5 Plg Road<br>Fairfield, NJ 07004 |
| Gaeta Recycling<br>278-282 West Railway Ave.<br>Paterson, NJ 07503 | Uline<br>PO Box 88742<br>Chicago, IL 60680 | JMC Design & Graphics<br>Accounts Payable<br>144 Fairfield Road<br>Fairfield, NJ 07004 |
| Galvanic Graphic Group<br>50 Commercial Ave.<br>Moonachie, NJ 07074 | Valley Die Cutting<br>100 Washington Street<br>Randolph, NJ 07869 | Jose I. Grajales<br>8 Cherry Street<br>Morristown, NJ 07960 |
| Gerber Finance Inc.<br>488 Madison Ave, 8th Floor<br>New York, NY 10022 | Verizon<br>PO Box 4833<br>Trenton, NJ 08650 | Konica Minolta Premier Finance<br>PO Box 3083<br>Cedar Rapids, IA 52406-3083 |
| Graphic Environmental Services<br>71 Fox Hollow Road<br>Sparta, NJ 07871 | Verizon<br>PO Box 408<br>Newark, NJ 07101 | Lamitech<br>Attn: Lida<br>322 Half Acre Road<br>Cranbury, NJ 08512 |
| Graphic Paper New York<br>PO Box 9024<br>Central Islip, NY 11722 | Verona Electric<br>267 Ridge Road<br>Lyndhurst, NJ 07071 | Law Offices of Tae H. Whang, LLC<br>185 Bridge Plaza North, Ste. 201<br>Fort Lee, NJ 07024 |
| Guardian<br>PO Box 530157<br>Atlanta, GA 30353-0157 | Walden Lang In Pak Services<br>474 Getty Ave.<br>Clifton, NJ 07011 | Lindenmeyr Munroe<br>1 Catherine Street<br>Teterboro, NJ 07608 |

Lont and Overkamp
1795 Old Mill Road
Franklin Lakes, NJ 07417

Lynn Grauerholz
398 West Shore
Sparta, NJ 07871

Maneri Law Firm
30 Two Bridges Road, Ste. 260
Fairfield, NJ 07004

Mercury Messenger
PO Box 1241
Caldwell, NJ 07007

Millennium Mechanical
PO Box 1020
Little Falls, NJ 07424